Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−16994−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Amy Flynn
aka Amy N. Flynn, aka Amy Nicole Flynn,
fka Amy N. Walk, fka Amy Walk, fka
Amy Nicole Walk
410 East Ridgewood Avenue
Galloway, NJ 08205

Social Security No.:
xxx−xx−7963

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              8/26/26
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 14, 2026
JAN: jgd

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-16994-ABA

Amy Flynn                                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: 132 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Flynn, 410 East Ridgewood Avenue, Galloway, NJ 08205-9725 |
| 521255135 | + | Atlantic County Civil Courthouse, 1201 Bacharach Boulevard, Atlantic City, NJ 08401-4526 |
| 521255137 | + | Capital One/Kohls c/o, LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 521255138 | + | Citigroup Mortgage Loan Trust c/o, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521255139 | + | Comcast Cable c/o, Trueaccord Corporation, 16011 College Boulevard, Suite 130, Lenexa, KS 66219-9877 |
| 521255140 | + | Criminal Court House, 4997 Unami Boulevard, Mays Landing, NJ 08330-2017 |
| 521255144 | + | LVNV Funding, LLC c/o, Faloni Law Group, LLC, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 521255147 | + | Synchrony Bank c/o, Midland Credit Management, 350 Camino De La Reina, Suite 300, San Diego, CA 92108-3007 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2026 21:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2026 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521255136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2026 21:51:12 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521255141 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2026 21:51:03 | First Bank Trust Mercury c/o, LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 521255142 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2026 21:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521255145 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 14 2026 21:44:00 | NJ Division of Taxation, PO Box 245, Bankruptcy Section, Trenton, NJ 08695 |
| 521255146 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2026 21:45:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 521255148 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 14 2026 21:45:00 | Westlake Financial Services, 4751 Wilshire Boulevard, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521255143 | ##+ | Joseph P. Flynn, 410 East Ridgewood Avenue, Absecon, NJ 08205-9725 |

District/off: 0312-1         User: admin         Page 2 of 2

Date Rcvd: Jul 14, 2026         Form ID: 132         Total Noticed: 16

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Mark N Glyptis | on behalf of Debtor Amy Flynn mglyptislaw@aol.com casedriverecfg@gmail.com;casedriverecf@casedriver.com;ecf@casedriver.com |
| Matthew K. Fissel | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP2 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4