UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark N Glyptis, Esquire
Law Office of Mark N Glyptis
14 Sandalwood Ave
Trenton, NJ 08619
609-933-1191
mglyptislaw@aol.com

Attorney

In Re:

Amy Flynn

Debtor

**Order Filed on September 29, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 26-16994

Chapter: 13

Hearing Date: 9/29/2026 10:00 AM

Judge: Andrew B. Altenburg, Jr.

**ORDER ALLOWING RESCHEDULING OF 341 CREDITORS HEARING**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 29, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Amy Flynn
Case no.: 26-16994-ABA
Caption of Order: ORDER ALLOWING RESCHEDULING OF 341 CREDITORS HEARING

THIS MATTER having come before the Court on the Debtor's Motion to allow rescheduling of the Debtor's 341 Creditors Hearing, filed on 9/7/26, and the Court having been satisfied that proper service and notice was effectuated, and the Court having considered Debtor's Counsel's Certification in Support of the Motion Allowing Rescheduling of the 341 Creditors Hearing, and good and sufficient cause appearing therefrom for the entry of this ORDER, it is

ORDERED AND DIRECTED, that the Rescheduling of the 341 Creditors Hearing be allowed.