UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark N Glyptis, Esquire
Law Office of Mark N Glyptis
14 Sandalwood Ave
Trenton, NJ 08619
609-933-1191
mglyptislaw@aol.com

Attorney

In Re:

Amy Flynn

Debtor

**Order Filed on September 29, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 26-16994

Chapter: 13

Hearing Date: 9/29/2026 10:00 AM

Judge: Andrew B. Altenburg, Jr.

**ORDER ALLOWING RESCHEDULING OF 341 CREDITORS HEARING**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 29, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Amy Flynn
Case no.: 26-16994-ABA
Caption of Order: ORDER ALLOWING RESCHEDULING OF 341 CREDITORS HEARING

THIS MATTER having come before the Court on the Debtor's Motion to allow rescheduling of the Debtor's 341 Creditors Hearing, filed on 9/7/26, and the Court having been satisfied that proper service and notice was effectuated, and the Court having considered Debtor's Counsel's Certification in Support of the Motion Allowing Rescheduling of the 341 Creditors Hearing, and good and sufficient cause appearing therefrom for the entry of this ORDER, it is

ORDERED AND DIRECTED, that the Rescheduling of the 341 Creditors Hearing be allowed.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16994-ABA
Amy Flynn Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1
Date Rcvd: Sep 30, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Flynn, 410 East Ridgewood Avenue, Galloway, NJ 08205-9725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Mark N Glyptis | on behalf of Debtor Amy Flynn mglyptislaw@aol.com casedriverecfg@gmail.com;casedriverecf@casedriver.com;ecf@casedriver.com;outsourcedparalegal@gmail.com |
| Matthew K. Fissel | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP2 bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP2 vaprile@raslg.com |

TOTAL: 5