UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Creditor, Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services

In Re:
AMY FLYNN

Case No.: 26-16994

Chapter: 13

Judge: ABA

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Peritus Portfolio. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 10/28/2026

/s/ William E. Craig, Esq.
Signature

*new.8/1/15*